

NUMBER 13-08-00237-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN RE BRANDI FRAZIER

On Petition for Writ of Mandamus

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam[1]

Relator, Brandi Frazier, filed a petition for writ of mandamus in the above cause on April 3, 2006, asking this Court to compel the respondent, the Honorable Marisela Saldana, Presiding Judge of the 148th District Court of Nueces County, to vacate a temporary order signed on December 5, 2007. The Court requested and received a response from the real party in interest, John Longoria, and one has been filed.[2]

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

[2] Pursuant to order, the real party in interest's response to the petition for writ of mandamus was originally due on May 9, 2008. The real party in interest filed a motion or extension of time to file his response until May 14, 2008, and the same was filed on May 14, 2008. The Court herein GRANTS this motion for

The Court, having examined and fully considered the petition for writ of mandamus and the response, is of the opinion that relator has not shown herself entitled to the relief sought, and the petition for writ of mandamus should be denied. *See* TEX. R. APP. P. 52.8. Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

Memorandum Opinion delivered
and filed this 9th day of June, 2008.

extension of time.